IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr237-MHT** |
| | ) | **(WO)** |
| **NA'DERIOUS JACKSON** | ) | |

**ORDER**

It is ORDERED that:

(1) The government's motion to amend or correct the indictment (Doc. 15) to fix the misspelling of defendant Na'Derious Jackson's first name is granted.

(2) The government shall file a corrected indictment on the docket within three business days.

The clerk of court shall correct the ECF docket to reflect the proper spelling of the defendant's first name, "Na'Derious."

DONE, this the 6th day of August, 2025.

                                             /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**