IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr237-MHT |
| | ) | (WO) |
| NA'DERIOUS JACKSON | ) | |

### AMENDED ORDER

It is ORDERED that the government's motion to amend or correct the indictment (Doc. 15) to fix the misspelling of defendant Na'Derious Jackson's first name is granted.

The clerk of court shall correct the ECF docket and the indictment to reflect the proper spelling of the defendant's first name, "Na'Derious."

DONE, this the 7th day of August, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE