IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA    )**
**                            )    CRIMINAL ACTION NO.**
**    v.                      )         2:25cr237-MHT**
**                            )              (WO)**
**NA'DERIOUS JACKSON          )**

**SUPPLEMENTAL ORDER ON SUPERVISED RELEASE**

**In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:**

**(1) Within 60 days of the commencement of supervised release if the defendant finished his term of incarceration in a residential reentry center, or within 100 days of commencement of supervision if the defendant was released straight from a prison, the probation department shall file with the court a status report (a) that notifies the court that the probation department has completed its assessments of the defendant; (b) that states whether the probation department recommends any additional special conditions of supervision or any modifications to any previously**

imposed conditions; (c) that identifies the evaluations and treatment (mental health, drug, domestic abuse, etc.), if any, the court at sentencing ordered be considered or done after release; and (d) that requests the setting of an in-person status conference.

(2) The status conference will focus on whether, in light of his incarceration (including any mental-health treatment he may have received), the defendant still needs any mental-health treatment or services identified by the court at sentencing and/or recommended by Dr. Holly Kaufman in her evaluation (Doc. 40-5 at 11-13), and if so, what the treatment should be.  At the status conference, the court will also discuss whether the defendant should undergo another comprehensive mental-health evaluation to supplement any previous evaluation.  The defendant shall attend the conference.

DONE, this the 29th day of January, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**